IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL LEE YOUNG**                                                         **PLAINTIFF**
**ADC #151918**

**v.**                     **Case No. 5:16-cv-00173-KGB**

**ESTELLA BLAND,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received a Proposed Findings and Recommendation filed by United States Magistrate Judge Patricia Harris (Dkt. No. 24). The parties have not filed objections. After careful review of the Proposed Findings and Recommendation, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment is granted (Dkt. No. 14). This action is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 20th day of March, 2017.

_____
Kristine G. Baker
United States District Judge