# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL LEE YOUNG**  **PLAINTIFF**
**ADC #151918**

**v.**  Case No. 5:16-cv-00173-KGB

**ESTELLA BLAND,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 20th day of March, 2017.

_____
Kristine G. Baker
United States District Judge